# LEIBO**LAW**

ACCEPTED
04-15-00342-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 3:57:05 PM
KEITH HOTTLE
CLERK

September 28, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

9/28/2015 3:57:05 PM

KEITH E. HOTTLE
Clerk

**VIA TEXFILE ELECTRONIC FILING**
Mr. Keith Hottle, *Clerk of the Court*
FOURTH COURT OF APPEALS
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

No.         04-15-00342-CV
Style:     *Villa Dijon Condominium Association, Inc., et.al. v. Mary Winters, et.al.*

**APPELLEES' PLAN TO REPLY TO APPELLANTS' RESPONSE**

Dear Mr. Hottle:

On Friday, September 25, 2015, Appellants filed their response to the Court's order to show cause regarding jurisdiction.

I am sending you this letter simply to let you know that Appellants plan on filing a reply to Appellants' response no later than this Friday (October 2, 2015).

Sincerely,

Jacob S. Leibowitz

cc:     Robert Loree        **VIA TEXFILE ELECTRONIC SERVICE**
         Counsel for Appellants

**LEIBOWITZ LAW FIRM PLLC**
**700 N ST MARY'S ST, STE 1750**
**SAN ANTONIO, TX 78205-3512**

**TEL (210) 225-8787**
**FAX (210) 225-2567**
**www.leibolaw.com**